~~SEALED~~
s/ SuzanneA

**FILED**
Jun 30 2021
3:47 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ emilybl   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '21 CR1953 DMS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 111(a)(1) and (b) – Assault on a Federal Officer (Felony) |
| MELRUN WASHINGTON, aka Melvin Tyree Washington, | |
| Defendant. | ORDERED UNSEALED on 07/12/2021   s/ SuzanneA |

The grand jury charges:

On or about June 5, 2021, within the Southern District of California, defendant MELRUN WASHINGTON, aka Melvin Tyree Washington, forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit, United States Postal Service Letter Carrier S. Malewich, while S. Malewich was engaged in and on account of the performance of official duties, such acts involving physical contact with and the infliction of bodily injury on S. Malewich; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

DATED: June 30, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
STEVEN LEE
Special Asst. U.S. Attorney

SLE:nlv:San Diego:6/29/21